Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

---

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

<u>REGINALD HEARD</u> )
Plaintiff )
v. ) Civil Action No. 5:21-CV-00076-EEF-KLH
) Judge Elizabeth E Foote
<u>AMIN CARTER , et al.</u> )
Defendant )

### SUMMONS IN A CIVIL ACTION

To:
**U S A Trucking Inc**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Jason Matthew Baer**
**Baer Law**
**3000 Kingman St Ste 200**
**Metairie, LA 70006**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 1/14/2021     /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

5:21-CV-00076-EEF-KLH
## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **U S A Trucking Inc** was received by me on *(date)* __1-14-2021__.

- I personally served the summons on **U S A Trucking Inc** at *(place)* _____ on *(date)* _____; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* __CT Corporation__, who is designated by law to accept service of process on behalf of *(name of organization)* __USA Trucking, Inc.__ on *(date)* __3-8-2021__; or
via certified mail- return receipt 9414711699000786419732

- I returned the summons unexecuted because _____; or

- Other *(specify)*:

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0__.

I declare under penalty of perjury that this information is true.

Date: __4/6/2021__

Stacie Coleman
Server's signature

Stacie Coleman
Printed name and title

3000 Kingman #200
Metairie, LA 70006
Server's address

# USPS Tracking®

FAQs >

Track Another Package +

Remove ✕

**Tracking Number:** 9414711699000786419732

Your item was picked up at the post office at 11:10 am on March 8, 2021 in BATON ROUGE, LA 70817.

## ✓ Delivered, Individual Picked Up at Post Office

March 8, 2021 at 11:10 am
BATON ROUGE, LA 70817

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

**March 8, 2021, 11:10 am**
Delivered, Individual Picked Up at Post Office
BATON ROUGE, LA 70817
Your item was picked up at the post office at 11:10 am on March 8, 2021 in BATON ROUGE, LA 70817.

**March 6, 2021, 10:33 am**
Delivery Attempted - No Access to Delivery Location
BATON ROUGE, LA 70816

**March 5, 2021**
In Transit to Next Facility

**March 3, 2021, 9:59 pm**
Arrived at USPS Regional Facility
NEW ORLEANS LA DISTRIBUTION CENTER

**March 3, 2021, 8:44 pm**
Accepted at USPS Origin Facility
METAIRIE, LA 70006

**March 2, 2021, 8:34 pm**
Shipping Label Created, USPS Awaiting Item
METAIRIE, LA 70006

**Product Information**

See Less ∧

Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**