

*Louisiana*
## SECRETARY OF STATE
R. KYLE ARDOIN

(https://www.sos.la.gov/Pages/default.aspx)

**Search for Louisiana Business Filings**

Search Disclaimer    Search Instructions

\* indicates required fields

**GET HELP**

Active records are shown in **Bold**.

**Total Results: 23**

| Name | Type | City | Detail |
|---|---|---|---|
| **USA TRUCK, INC.** | Business Corporation (Non-Louisiana) | WILMINGTON | Details |
| **USA TRUCK REPAIR, INC.** | Business Corporation | RAYVILLE | Details |
| **USA TRUCKING ASSOCIATION** | Non-Profit Corporation | BATON ROUGE | Details |
| **USA TRUCKSTOP, INC.** | Business Corporation | CALHOUN | Details |
| **USA TRUCKSTOP INC. DBA 103 BINGO** | Trade Name | CALHOUN | Details |
| USA AUTO TRUCK CENTER | Trade Name | JONESVILLE | Details |
| USA AUTO TRUCK PLAZA | Trade Name | JONESVILLE | Details |
| USA AUTO TRUCK STOP | Trade Name | JONESVILLE | Details |
| USA 1 TRUCKING LLC | Limited Liability Company | NEW ORLEANS | Details |
| BALTODANO USA TRUCKING LLC | Limited Liability Company | BRIDGE CITY | Details |
| CHAMP USA TRUCKING LLC | Limited Liability Company | BATON ROUGE | Details |
| **DAIMLER TRUCK FINANCIAL SERVICES USA LLC** | Limited Liability Company (Non-Louisiana) | WILMINGTON | Details |
| DIESEL TRUCKMOUNTS, USA | Trade Name | BATON ROUGE | Details |
| KA-SE TRUCKING USA INC. | Business Corporation (Non-Louisiana) | QUEENS | Details |
| LAFFERTY INDUSTRIAL FORK TRUCKS USA, INC. | Business Corporation | BROUSSARD | Details |
| **LAMARQUE FORD'S TRUCKLAND USA** | Trade Name | KENNER | Details |
| **RONNIE LAMARQUE'S TRUCKLAND USA** | Trade Name | KENNER | Details |
| **TRUCK STUFF USA LLC.** | Trade Name | BAKER | Details |
| **TRUCK STUFF USA, L.L.C.** | Limited Liability Company | BAKER | Details |
| TRUCK STUFF USA, L.L.C. | Previous Name | BATON ROUGE | Details |
| **TRUCK STUFF USA** | Trade Name | PRIDE | Details |
| **TRUCKLAND USA** | Trade Name | KENNER | Details |
| TRUCKLOAD USA, INC. | Business Corporation (Non-Louisiana) | WILMINGTON | Details |

New Search    View Shopping Cart

EXHIBIT A

©  2021 Louisiana Department of State

GET HELP