State of Louisiana Secretary of State



**COMMERCIAL DIVISION**
225.925.4704

**Fax Numbers**
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|---|---|---|---|
| USA TRUCK, INC. | Business Corporation (Non-Louisiana) | WILMINGTON | Active |

**Previous Names**

**Business:** USA TRUCK, INC.
**Charter Number:** 34364267F
**Registration Date:** 9/20/1990

**Domicile Address**
  12090 RANGE STREET
  WILMINGTON, DE 19801

**Mailing Address**
  3200 INDUSTRIAL PARK ROAD
  VAN BUREN, AR 72956

**Principal Business Office**
  3200 INDUSTRIAL PARK ROAD
  VAN BUREN, AR 72956

**Registered Office in Louisiana**
  3867 PLAZA TOWER DR.
  BATON ROUGE, LA 70816

**Principal Business Establishment in Louisiana**
  8000 GREENWOOD ROAD
  SHREVEPORT, LA 71119

## Status

**Status:** Active
**Annual Report Status:** In Good Standing
**Qualified:** 9/20/1990
**Last Report Filed:** 8/24/2020
**Type:** Business Corporation (Non-Louisiana)

## Registered Agent(s)

| | |
|---|---|
| **Agent:** | C T CORPORATION SYSTEM |
| **Address 1:** | 3867 PLAZA TOWER DR. |
| **City, State, Zip:** | BATON ROUGE, LA 70816 |
| **Appointment Date:** | 9/20/1990 |

**EXHIBIT B**

## Officer(s)

Additional Officers: No

| | |
|---|---|
| **Officer:** | ZACHARY KING |
| **Title:** | Vice-President |
| **Address 1:** | 3200 INDUSTRIAL PARK RD |
| **City, State, Zip:** | VAN BUREN, AR 72956 |

| | |
|---|---|
| **Officer:** | JAMES REED |
| **Title:** | Director, President |
| **Address 1:** | 3200 INDUSTRIAL PARK RD |
| **City, State, Zip:** | VAN BUREN, AR 72956 |

| | |
|---|---|
| **Officer:** | CHAD LANE |
| **Title:** | Vice-President, Secretary |
| **Address 1:** | 3200 INDUSTRIAL PARK ROAD |
| **City, State, Zip:** | VAN BUREN, AR 72956 |

| | |
|---|---|
| **Officer:** | JASON BATES |
| **Title:** | Vice-President, Treasurer |
| **Address 1:** | 3200 INDUSTRIAL PARK ROAD |
| **City, State, Zip:** | VAN BUREN, AR 72956 |

| | |
|---|---|
| **Officer:** | SUSAN CHAMBERS |
| **Title:** | Director |
| **Address 1:** | 3200 INDUSTRIAL PARK ROAD |
| **City, State, Zip:** | VAN BUREN, AR 72956 |

| | |
|---|---|
| **Officer:** | ROBERT E CREAGER |
| **Title:** | Director |
| **Address 1:** | 3200 INDUSTRIAL PARK ROAD |
| **City, State, Zip:** | VAN BUREN, AR 72956 |

| | |
|---|---|
| **Officer:** | GARY R ENZOR |
| **Title:** | Director |
| **Address 1:** | 3200 INDUSTRIAL PARK ROAD |
| **City, State, Zip:** | VAN BUREN, AR 72956 |

| | |
|---|---|
| **Officer:** | BARBARA J FAULKENBERRY |
| **Title:** | Director |
| **Address 1:** | 3200 INDUSTRIAL PARK ROAD |
| **City, State, Zip:** | VAN BUREN, AR 72956 |

| | |
|---|---|
| **Officer:** | THOMAS GLASER |
| **Title:** | Director |
| **Address 1:** | 3200 INDUSTRIAL PARK ROAD |
| **City, State, Zip:** | VAN BUREN, AR 72956 |

| | |
|---|---|
| **Officer:** | ALEXANDER D. GREENE |
| **Title:** | Director |
| **Address 1:** | 3200 INDUSTRIAL PARK ROAD |
| **City, State, Zip:** | VAN BUREN, AR 72956 |

## Amendments on File (4)

| Description | Date |
|---|---|
| | |

| | |
|---|---|
| Stmt of Chg or Chg Prin Bus Off | 2/1/1993 |
| Disclosure of Ownership | 2/12/1998 |
| Stmt of Chg or Chg Prin Bus Off | 1/29/2008 |
| Stmt of Chg or Chg Prin Bus Off | 10/18/2015 |

Print