# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| REGINALD HEARD | NO. 5:21–CV–00076–EEF–KDM |
| VERSUS | JUDGE ELIZABETH E FOOTE |
| AMIN CARTER, et al. | MAGISTRATE JUDGE KAYLA D MCCLUSKY |

## 2nd NOTICE REGARDING CORPORATE DISCLOSURE

The Clerk previously issued a Notice requesting a Corporate Disclosure be filed. As of this date, nothing has been filed. Therefore,

IT IS ORDERED that Trent Patrick Roddy, counsel for U S A Trucking Inc file a written response to show cause by 8/18/2021 why they should not be subject to further action by the court for failing to comply with the previous notice. Counsel may immediately file a corporate disclosure statement in lieu of a response to this notice.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1–866–323–1101.

THUS DONE  August 4, 2021.

TONY R. MOORE
CLERK OF COURT