UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **REGINALD HEARD** | ) | **NO. 5:21-CV-00076-EEF-KDM** |
| | ) | |
| | ) | |
| **VERSUS** | ) | **JUDGE ELIZABETH E. FOOTE** |
| | ) | |
| | ) | |
| **AMIN CARTER AND** | ) | **MAG. JUDGE KAYLA D. MCCLUSKY** |
| **USA TRUCKING, INC.** | ) | |

**SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT**

**NOW INTO COURT,** through undersigned counsel, comes USA TRUCK, INC., who was misidentified in the Complaint (Doc. 1) as "USA Trucking, Inc.," and who files this Corporate Disclosure Statement in response to the Court's Second Notice (Doc. 21) dated August 4, 2021:

1.

Plaintiff's Complaint misidentifies the proper defendant, USA Truck, Inc., as "USA Trucking, Inc." USA Truck, Inc. filed a Corporate Disclosure Statement on July 26, 2021 (Doc. 19). The correct legal name of the company that, upon belief, Plaintiff seeks to make defendant herein is "USA Truck, Inc." There is no parent corporation or other corporation holding stock in USA Truck, Inc. To the extent that Plaintiff seeks to make defendant another separate company called "USA Trucking, Inc.," which company may or may not exist, then undersigned counsel does not represent "USA Trucking, Inc.," and "USA Trucking, Inc." has never made an appearance in the captioned lawsuit.

Respectfully submitted,

*/s/ Trent P. Roddy*
_____

**GUY D. PERRIER, T.A. #20323**
**TRENT P. RODDY, #29404**
Perrier & Lacoste, LLC
One Canal Place
365 Canal Street, Suite 2550
New Orleans, Louisiana  70130
gperrier@perrierlacoste.com
troddy@perrierlacoste.com
dpoche@perrierlacoste.com
Tel:  (504) 212-8820
Fax:  (504) 212-8825

**ATTORNEYS FOR DEFENDANTS,**
**USA TRUCK, INC. AND AMIN CARTER**

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this **4**$^{th}$ day of **August, 2021**, at their last known address of record.

*/s/ Trent P. Roddy*
_____
TRENT P. RODDY